AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

MICHAEL LEE,

    Plaintiff,

V.

CITY OF CHICAGO, ILLINOIS, and CHICAGO POLICE OFFICER
R. H. WILKE III, Star No. 5310, and CHICAGO POLICE OFFICER
D. E. GUZMAN, Star No. 12877,

    Defendants.

CASE NUMBER: **07 C 7280**

ASSIGNED JUDGE: **JUDGE ASPEN**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE VALDEZ**

TO: (Name and address of Defendant)

CHICAGO POLICE OFFICER D.E. GUZMAN
Police Headquarters
3510 South Michigan Avenue, 5th Floor
Chicago, IL 60653

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JEFFREY B. GRANICH
53 West Jackson Boulevard
Suite 840
Chicago, IL 60604

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

*Anya Ellis* (signature)

(By) DEPUTY CLERK

December 28, 2007
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 1-8-08 |
| NAME OF SERVER (PRINT) AARON Willoughby | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: V. Caffo - Authorize to Accept Service For Officer DeGuzman

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-8-08
           Date

Signature of Server

Address of Server: 3152 South Prairie Ave
Chgo IL 60616

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

MICHAEL LEE,

    Plaintiff,

V.

CITY OF CHICAGO, ILLINOIS, and CHICAGO POLICE OFFICER
R. H. WILKE III, Star No. 5310, and CHICAGO POLICE OFFICER
D. E. GUZMAN, Star No. 12877,

    Defendants.

CASE NUMBER: **07 C 7280**

ASSIGNED JUDGE: **JUDGE ASPEN**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE VALDEZ**

TO: (Name and address of Defendant)

CITY OF CHICAGO
City of Chicago
121 Rm. 107
Chicago, IL 60602

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JEFFREY B. GRANICH
53 West Jackson Boulevard
Suite 840
Chicago, IL 60604

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

_Anya Ellis_
(By) DEPUTY CLERK

December 28, 2007
Date

440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and complaint was made by me [1]

DATE: 1-8-08

NAME OF SERVER (PRINT): AARON WILLOUGHBY

TITLE: PROCESS SERVER

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: NANCY NIEMINSK, AUTHORIZE TO ACCEPT SERVICE FOR City of Chicago

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1-8-08

Signature of Server: [signed] Aaron Willoughby

Address of Server: 3152 South Prairie Ave, Chgo IL 60616

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.