IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL LEE, | ) | |
| | ) | **No. 07 C 7280** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE ASPEN |
| | ) | |
| CITY OF CHICAGO, ILLINOIS and CHICAGO, | ) | |
| POLICE OFFICER R.H. WILKE III, Star No. | ) | Magistrate Judge Valdez |
| 5310, and CHICAGO POLICE OFFICER | ) | |
| D.E. GUZMAN, Star No. 12877, | ) | |
| | ) | JURY DEMAND |
| Defendants. | ) | |

**CITY OF CHICAGO'S AGREED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendant City of Chicago ("City"), by its attorney, Mara S. Georges, Corporation Counsel for the City of Chicago, respectfully moves for an extension of time to March 4, 2008 to answer or otherwise plead in response to Plaintiff's complaint. In support of this motion, the City states the following:

1. Plaintiff filed his complaint on or about December 28, 2007. The City Clerk's Office was served with Plaintiff's complaint on or about January 8, 2008.

2. Undersigned counsel for the City was assigned the case on or about January 28, 2008, the first opportunity that undersigned counsel had to review Plaintiff's complaint.

3. The Office of the Corporation Counsel and the Chicago Police Department are still in the process of investigating the allegations in Plaintiff's complaint and compiling the pertinent records.

4. This motion is the City's first request for an extension of time to answer or otherwise plead. This request is made not to delay the proceedings but rather to allow the City to

respond properly to the allegations in Plaintiff's complaint.

5. Undersigned counsel spoke with one of Plaintiff's attorneys, Katie Z. Ehrmin of the Law Offices of Jeffrey B. Granich, by telephone on January 29, 2008. Ms. Ehrmin said that she has no objection to the City's request for an extension of time to answer or otherwise plead.

WHEREFORE, Defendant City of Chicago respectfully requests that it be given an extension of time to March 4, 2008 to answer or otherwise plead in response to Plaintiff's complaint; and for any other relief that this Honorable Court deems proper.

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel
City of Chicago

BY: /s/ Thomas J. Aumann
THOMAS J. AUMANN
Assistant Corporation Counsel

City of Chicago, Department of Law
30 North LaSalle Street
Suite 1020
Chicago, Illinois  60602
(312) 744-1566 (Phone)
(312) 744-3989 (Fax)
Atty. No. 06282455

## CERTIFICATE OF SERVICE

      I hereby certify that I have caused true and correct copies of the above and foregoing **Notice of Motion** and **City of Chicago's Agreed Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint** to be served upon Jeffrey B. Granich at jeffrey granich@mac.com, via electronic mail, on this 29th day of January, 2008.


                                        /s/ Thomas J. Aumann
                                        THOMAS J. AUMANN
                                        Assistant Corporation Counsel