IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL LEE, | ) | |
| | ) | **No. 07 C 7280** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE ASPEN |
| | ) | |
| CITY OF CHICAGO, ILLINOIS and CHICAGO, | ) | |
| POLICE OFFICER R.H. WILKE III, Star No. | ) | Magistrate Judge Valdez |
| 5310, and CHICAGO POLICE OFFICER | ) | |
| D.E. GUZMAN, Star No. 12877, | ) | |
| | ) | JURY DEMAND |
| Defendants. | ) | |

## NOTICE OF MOTION

To:  Jeffrey B. Granich
     Law Offices of Jeffrey B. Granich
     53 West Jackson Boulevard
     Suite 840
     Chicago, Illinois  60604
     jeffreygranich@mac.com

**PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court **City of Chicago's Agreed Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Aspen, or before such other Judge sitting in his stead, on the 7th day of February, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

**DATED** at Chicago, Illinois this 29th day of January, 2008.

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel
City of Chicago

By:   /s/ Thomas J. Aumann
THOMAS J. AUMANN
Assistant Corporation Counsel

City of Chicago, Department of Law
30 North LaSalle Street
Suite 1020
Chicago, Illinois  60602
(312) 744-1566 (Phone)
(312) 744-3989 (Fax)
Atty. No. 06282455