# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Michael Lee

                                    Plaintiff,

v.                                                    Case No.: 1:07−cv−07280
                                                      Honorable Marvin E. Aspen

City of Chicago, Illinois, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 5, 2008:

        MINUTE entry before Judge Marvin E. Aspen dated 2/5/08:Defendant City of Chicago's agreed Motion (13) for extension of time, up to and including 3/4/08,in which to answer or otherwise plead to plaintiff's complaint is granted. Motion terminated. The status hearing set for 2/28/08 is reset to 3/11/2008 at 10:30 AM. The motion hearing set for 2/7/08 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.