IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 07 C 7280 |
| vs. | ) | |
| | ) | |
| CITY OF CHICAGO, ILLINOIS, and | ) | |
| CHICAGO POLICE OFFICER | ) | Judge Aspen |
| R. H. WILKE III, Star No. 5310, and | ) | |
| CHICAGO POLICE OFFICER | ) | Magistrate Judge Valdez |
| D. E. GUZMAN, Star No. 12877, | ) | |
| | ) | JURY TRIAL DEMANDED |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

To:   Jeffrey B. Granich
      Katie Z. Ehrmin
      Law Offices of Jeffrey B. Granich
      53 W. Jackson Blvd. Suite 840
      Chicago, IL 60604

   **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Norther District of Illinois, Eastern Division, **DEFENDANTS' ANSWER, DEFENSES, AND JURY DEMAND TO PLAINTIFF'S COMPLAINT,** a copy of which is attached hereto and served upon you.

   Dated: February 21, 2008

   I hereby certify that I have served this notice and the attached document by causing it to be delivered electronically pursuant to L.R.5.9 this 21st day of February, 2008.


                                      Respectfully Submitted,


                                      /s/ *Mary McDonald*
                                       Assistant Corporation
                                       30 N. LaSalle St. #1400
                                       Chicago, IL 60602
                                       (312) 744-8307
                                       Atty No: 06199995