UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Michael Lee
                              Plaintiff,

v.                                                  Case No.: 1:07−cv−07280
                                                    Honorable Marvin E. Aspen

City of Chicago, Illinois, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 11, 2008:

    MINUTE entry before Judge Marvin E. Aspen :Status hearing held on 3/11/2008, and continued to 4/10/2008 at 10:30 AM. Parties are to meet and hold a preliminary settlement and discovery conference and file a joint written discovery plan in advance of the 4/10/08 status date, with a courtesy copy to chambers, Room 2578. Parties are also to report on the status of any settlement discussions.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.