IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL LEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 07 C 7280 |
| ) | |
| CITY OF CHICAGO, ILLINOIS and ) | Judge Marvin Aspen |
| CHICAGO POLICE OFFICERS R.H. WILKE, ) | |
| III, STAR NO. 5310 and CHICAGO POLICE ) | Magistrate Judge Maria Valdez |
| OFFICER D.E. GUZMAN STAR NO. 12877, ) | |
| ) | |
| Defendants. ) | |

**FILED APR - 2 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_____
Jeffrey B. Granich
Attorney for plaintiff,
Michael Lee
53 W. Jackson Blvd., Suite 840
Chicago, Illinois 60604
(312) 939-9009
Attorney No. 6207030
DATE: 3/13/08

_____
Mary McDonald
Assistant Corporation Counsel
Attorney for defendants,
Raymond Wilke, III and David E. Guzman
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-8307
Attorney No. 6199995
DATE: 4/2/08
07 C 7280

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: _____
Thomas Aumann
Assistant Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-1566
Attorney No. 06282455

Date: 4/1/08