**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Michael Lee
                              Plaintiff,

v.                                            Case No.: 1:07−cv−07280
                                              Honorable Marvin E. Aspen

City of Chicago, Illinois, et al.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Friday, April 4, 2008:


   MINUTE entry before Judge Honorable Marvin E. Aspen dated 4/4/08: All of the claims of plaintiff, Michael Lee, against defendants, City of Chicago, Raymond Wilke, III and David E. Guzman, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement. The status hearing set for 4/10/08 is stricken. Enter Order. Civil case terminated. Judicial staff mailed notice(gl, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.