**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| Michael Lee, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| vs. | ) | Case No. | 07 C 7280 |
| | ) | | |
| City of Chicago and Chicago Police Officers | ) | | Judge Aspen |
| R.H. Wilke, III and D.E. Guzman, | ) | | |
| | ) | | |
| Defendants. | ) | | |

## AGREED ORDER OF DISMISSAL

        This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff Michael Lee, by his attorney, Jeffrey B. Granich, and defendant, Raymond Wilke, III and David E. Guzman, by their attorney, Mary McDonald and the defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

        All of the claims of plaintiff, Michael Lee, against defendants, City of Chicago, Raymond Wilke, III and David E. Guzman, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

Entered:

_____
The Honorable Marvin E. Aspen
United States District Judge

Dated: April 4, 2008

Mary McDonald, Assistant Corporation Counsel
30 N. LaSalle St., Suite 1400, Chicago, IL  60602

(312) 744-8307; Atty. No. 06199995