# United States District Court
## Northern District of Illinois
### Eastern Division

Michael Lee　　　　　　　　　　　　　　**JUDGMENT IN A CIVIL CASE**

　　　　　v.　　　　　　　　　　　　　　Case Number: 07 C 7280

City of Chicago, et al

☐　　Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐　　Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that All of the claims of plaintiff, Michael Lee, against defendants, City of Chicago, Raymond Wilke, III and David E. Guzman, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

　　　　　　　　　　　　　　　　　　　Michael W. Dobbins, Clerk of Court

Date: 4/4/2008　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　/s/ Gladys Lugo, Deputy Clerk